

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-15-00319-CR
_____

MICHAEL EPLIN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 70,320-D; Honorable Don Emerson, Presiding

September 18, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Michael Eplin, perfected this appeal from his conviction for evading arrest or detention with a vehicle,[1] enhanced, for which he received a twenty-five-year sentence.  Sentence was imposed on July 10, 2015, and Appellant filed a *Motion for*

---

[1] Tex. Penal Code Ann. § 38.04 (West Supp. 2014).

*New Trial* on August 10, 2015.[2]  Our Clerk's Record reflects that on September 3, 2015, and within its period of plenary power, the trial court granted Appellant's *Motion for New Trial*.  *See* TEX. R. APP. P. 21.8(a) (granting trial court power after imposing sentence to rule on a motion for new trial).

When the trial court grants a motion for new trial, it restores the case to its position before the former trial.  TEX. R. APP. P. 21.9(b).  Without a conviction from which to appeal, we have no jurisdiction to consider Appellant's appeal.  *See State v. Bates*, 889 S.W.2d 306, 310 (Tex. Crim. App. 1994); *Waller v. State*, 931 S.W.3d 640, 643-44 (Tex. App.—Dallas 1996, no pet.).  Consequently, this appeal is dismissed for want of jurisdiction.

Per Curiam

Do not publish.

---

[2] The deadline for filing a motion for new trial was August 9, 2015, but that date was a Sunday and the deadline was extended to Monday, August 10, 2015.  *See* TEX. R. APP. P. 21.4; TEX. R. CIV. P. 4.